UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| LAFONZO R. TURNER, | No. 2:17-cv-1978 MCE KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| S. BYER, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On October 3, 2017, the undersigned filed findings and recommendations, noting that this action is duplicative of plaintiff's earlier-filed action, Case No. 2:17-cv-1869 EFB, and recommending dismissal of only the instant action. On November 2, 2017, the district court adopted the findings and recommendations, and the instant action was dismissed.

On October 30, 2017, plaintiff filed a document styled, "Objections to Magistrate Judge's Findings and Recommendations." (ECF No. 5.) Because the objections were filed after the fourteen day objection period expired, plaintiff's objections are untimely.[1] In any event, consideration of plaintiff's objections do not alter the outcome here because plaintiff merely seeks

---

[1] Plaintiff did not date the objections or provide a proof of service, so the court is unable to apply the mailbox rule. Houston v. Lack, 487 U.S. 266, 275-76 (1988) (pro se prisoner filing is dated from the date prisoner delivers it to prison authorities).

1

clarification that the dismissal of this action did not include dismissal of his earlier-filed action. Plaintiff is advised that his earlier case, 2:17-cv-1869 EFB remains open and pending. Moreover, his requests to proceed in forma pauperis have been filed in Case No. 2:17-cv-1869 EFB, and plaintiff was advised of the receipt of his request to proceed in forma pauperis in such case on October 4, 2017. Id. (ECF No. 5.) So long as plaintiff keeps the court apprised of his current address in Case No. 2:17-cv-1869 EFB, he will receive copies of any rulings in such action.

Because the instant action was closed on November 2, 2017, no further orders will issue in response to future filings. Plaintiff should direct all further filings to Case No. 2:17-cv-1869 EFB.

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 30, 2017 objections (ECF No. 5) are overruled. No orders will issue in response to future filings.

Dated: November 7, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

turn1978.804

2